KATHRYN J. FRITZ (CSB NO. 148200)
kfritz@fenwick.com
RYAN J. MARTON (CSB NO. 223979)
rmarton@fenwick.com
LESLIE A. KRAMER (CSB NO. 253313)
lkramer@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:  (415) 875-2300
Facsimile:(415) 281-1350

Attorneys for Defendants Alibaba Group Holding
Limited and Alibaba.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EARTHSTONE INTERNATIONAL, LLC,<br><br>Plaintiff,<br>v.<br><br>ALIBABA GROUP HOLDING LIMITED, d/b/a AliExpress, and ALIBABA.COM,<br><br>Defendants. | Case No.  3:11-cv-01990-SI<br><br>**STIPULATION AND [P̶R̶OPOSED] ORDER SETTING HEARING DATE AND BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER** |

WHEREAS, Plaintiff Earthstone International, LLC ("Earthstone") filed its Amended Complaint for Temporary Restraining Order, Injunctive Relief and Damages on April 26, 2011 against Defendants Alibaba Group Holding Limited, dba AliExpress, and Alibaba.com (collectively Defendants);

WHEREAS, Earthstone filed its Amended Emergency Motion for Temporary Restraining Order and for Order to Show Cause Re Preliminary Injunction (the "Motion") on April 26, 2011;

WHEREAS, the Motion was incorrectly noticed for hearing on April 4, 2011 (*see* Dkt. No. 10);

WHEREAS, Defendants' appearance in this action is limited to opposition of the Motion and Defendants wish to preserve their defense of insufficient service of process;

WHEREAS, subject to the Court's availability, Earthstone and Defendants have conferred and agreed that the hearing on the Motion should be rescheduled to May 6, 2011 at 9:00 a.m.;

WHEREAS, Defendants intend to file an opposition to the Motion no later than May 4, 2011;

NOW THEREFORE, the parties jointly stipulate that:

1. The Motion hearing is rescheduled for May 6, 2011 at 9:00 a.m.;
2. Defendants' appearance in this action is limited to opposition of the Motion and Defendants' defense of insufficient service of process is preserved;
3. Defendants will file their opposition to the Motion no later than May 4, 2011.

SO STIPULATED.

Dated:  April 28, 2011                             FENWICK & WEST LLP

                                                   By:  /s/ Ryan J. Marton
                                                              Ryan J. Marton

                                                   Attorneys for Defendants Alibaba Group
                                                   Holding Limited and Alibaba.com

Dated:  April 28, 2011                             BRANNON SOWERS HUGHEL P.C.

                                                   By:  /s/ Patricia A. Hughel
                                                              Patricia A. Hughel

                                                   Attorney for Plaintiff
                                                   Earthstone International, LLC

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Ryan J. Marton, attest that concurrence in the filing of this document has been obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 28th day of April 2011, at San Francisco, California.

FENWICK & WEST LLP

By: /s/ Ryan J. Marton
    Ryan J. Marton

Attorneys for Defendants Alibaba Group Holding Limited and Alibaba.com

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: ~~April ___, 2011~~   5/2/11

By: /s/ Susan Illston
    Honorable Susan Illston