**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNETTE HORNSBY, | No. C 11-283 SI |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S MOTION FOR A CONTINUANCE OF THE INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | |
| C & G FINANCIAL SERVICES, *et al.*, | |
| Defendants. | |

Plaintiff has requested a continuance of the May 6, 2011 case management conference. The Court GRANTS the motion, and continues the case management conference to **July 1, 2011 at 2:30 pm**. The Court advises plaintiff that pursuant to Federal Rule of Civil Procedure 4(m), plaintiff is required to serve defendants within 120 days after the complaint is filed, or by May 19, 2011. It does not appear from the docket that plaintiff has served any defendant.

The Court *sua sponte* GRANTS plaintiff an extension of time until **June 20, 2011** to serve defendants and file a completed proof of service. **If plaintiff does not serve defendants by June 20, 2011, the Court will dismiss this case without prejudice**. *See* Fed. R. Civ. Proc. 4(m).

**IT IS SO ORDERED.**

Dated: May 6, 2011

_____
SUSAN ILLSTON
United States District Judge